**210B (12/09**)

# United States Bankruptcy Court

District of Puerto Rico
Case No. 09-06885-MCF13
Chapter 13

In re: Debtor(s) (including Name and Address)

MARIA E RODRIGUEZ GUILBE
BALUARTE 2
ESTRELLA FINAL
PONCE PR 00730

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/18/2010.

Name and Address of Alleged Transferor(s):

Claim No. 6: SCOTIABANK DE PUERTO RICO, G.P.O. BOX 362649, SAN JUAN, PUERTO RICO 00936-2649

Name and Address of Transferee:

PR ACQUISITIONS LLC
250 MUNOZ RIVERA AVENUE SUITE 1200
HATO REY PR 00918

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/22/10

Celestino Matta-Mendez
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0104-2           User: quinones              Page 1 of 1               Date Rcvd: Oct 20, 2010
Case: 09-06885                 Form ID: trc                Total Noticed: 1

The following entities were noticed by first class mail on Oct 22, 2010.
2898890        SCOTIABANK DE PUERTO RICO,   G.P.O. BOX 362649,    SAN JUAN, PUERTO RICO 00936-2649
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**                     **Signature:** *Joseph Speetjens*